UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAMUEL O GONZALEZ,

                Plaintiff,

     v.

GOVERNOR OF THE STATE OF
WASHINGTON et al.

                Defendant.

CASE NO. C12-5242 RBL-JRC

ORDER ADOPTING A REPORT
AND RECOMMENDATION

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

    (1)     The Court adopts the Report and Recommendation;

ORDER ADOPTING A REPORT AND
RECOMMENDATION - 1

1          (2)      Defendant's motions to dismiss, (ECF No 13 and 14) are GRANTED.

2      DATED this 16th day of July, 2012.

3

4                                                    Ronald B. Leighton

5                                                    Ronald B. Leighton
                                                     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ADOPTING A REPORT AND
RECOMMENDATION - 2