1
2
3
4
5
6
7

8   UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
9   AT TACOMA

10  SAMUEL O GONZALEZ,

11          Plaintiff,      CASE NO. C12-5242 RBL-JRC

12      v.                  ORDER ADOPTING A REPORT
                                AND RECOMMENDATION
13  GOVERNOR OF THE STATE OF
    WASHINGTON et al.
14
15          Defendant.

16      The Court having reviewed the Report and Recommendation of the Hon. J. Richard

17  Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any,

18  and the remaining record, does hereby find and Order:

19      (1)    The Court adopts the Report and Recommendation;

20
21
22
23
24

(2) Defendant's motions to dismiss, (ECF No 13 and 14) are GRANTED.

DATED this 16th day of July, 2012.

_Ronald B. Leighton_
Ronald B. Leighton
United States District Judge

ORDER ADOPTING A REPORT AND
RECOMMENDATION - 2