HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SAMUEL O. GONZALEZ,<br><br>                Plaintiff,<br><br>     v.<br><br>GOVERNOR OF THE STATE OF WASHINGTON et al.,<br><br>                Defendants. | No. 12-cv-5242-RBL<br><br>ORDER<br><br>[Dkt. #30] |

Before the Court is Plaintiff's motion for *in forma pauperis* status on appeal. A court should "deny leave to proceed *in forma pauperis* at the outset if it appears from the face of the proposed complaint that the action is frivolous or without merit." *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1369 (9th Cir. 1987) (citations omitted); *see also* 28 U.S.C. § 1915(e)(2)(B)(i). Plaintiff's case is frivolous, as outlined by the Report and Recommendation dismissing the case. (*See* Report and Recommendation, Dkt. #23.) The motion is **DENIED**.

Dated this 16th day of August 2012.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Order - 1